

1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
8  CENTRAL DISTRICT OF CALIFORNIA
9  WESTERN DIVISION
10
11 WILLIAM P. WHITE,                    )   No. CV 07-8086-R (AGR)
12              Petitioner,             )
                                        )   **JUDGMENT**
13       v.                             )
                                        )
14 LINDA SANDERS, Warden,               )
15              Respondent.             )
16 _____  )

17     Pursuant to the order adopting the magistrate judge's report and
18 recommendation,
19     IT IS ADJUDGED that the petition in this matter is denied and dismissed
20 without prejudice.
21
22 DATED: June 11, 2008          _____
                                      MANUEL L. REAL
23                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28